BENJAMIN R. ORENT, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, and NEW ROCHELLE TRUST COMPANY et al., Defendants-Appellants.— On the court's own motion the decision of this court handed down November 13, 1944 (268 App. Div. 299), is amended to read as follows: Judgment modified on the law and the facts by striking therefrom the second and third ordering paragraphs; by striking from the fourth ordering paragraph the provisions thereof following the words "a total sum of $21,964.09" to and including the words "a total sum of $16,871.41"; by inserting therein a paragraph directing that the complaint in the action by Equitable be dismissed as against defendant New Rochelle Trust Company, without costs; and by inserting therein a paragraph directing that plaintiff have until thirty-one days after service of a copy of the amended judgment to be entered herein to pay any unpaid premiums for the years 1933 to 1938, inclusive, without interest. As thus modified, the judgment is unanimously affirmed, without costs. Opinion by Lewis, J., amended accordingly. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ. [See post, p. 1051.]

WILLIAM H. PURVIN, Respondent, v. HAROLD N. GREY, Appellant.— In an action to recover damages for fraud and deceit, defendant moved for an order dismissing the complaint for insufficiency or, in the alternative, to strike out certain allegations of the complaint as sham and frivolous, and for other relief. The motion was denied, and defendant appeals. Order insofar as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell and Johnston, JJ., concur; Close, P. J., and Aldrich, J., dissent and vote to reverse the order and to grant the motion to dismiss the complaint, with leave to plead over, on the ground that the complaint fails to state facts sufficient to constitute a cause of action. [See post, p. 1051.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONIO ALAGNA, Appellant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, borough of Queens, convicting him of the crime of book-making (Penal Law, § 986). Judgment unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MARINO, Appellant.— Judgment of the Court of Special Sessions of the City of New York, borough of Brooklyn, convicting the defendant of violation of section 1140 of the Penal Law, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.